UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CARL WILLIAMS,
    Plaintiff,

v.  06-1205

DR. RAVANIM, et al.,
    Defendants.

### Order Directing Release of Medical Records of Carl Williams

On September 12, 2006, the court conducted a merit review of the plaintiff's complaint. The court found that the plaintiff had adequately alleged that the defendants violated his Eighth Amendment rights when they were deliberately indifferent to his serious medical needs.

Defendants Dr. William Rankin and Dr. Svobado have filed a motion asking for an order pursuant to the Health Insurance Portability and Accountability Act (HIPAA) allowing the release of medical records for the purpose of this litigation only. The motion is granted. [d/e 20]

**IT IS THEREFORE ORDERED that:**
**1) The defendants' motion for an order pursuant to 45 CFR 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) for the release of medical records is granted. [d/e 20]**

**2) The plaintiff's medical records shall be released to the attorneys of record in this litigation upon request of said attorney(s) to any covered entity, as defined by 45 C.F.R. 160.103. Those attorneys are Theresa Powell and Christopher Higgerson. This order applies to all of the plaintiff's protected health information produced by a covered entity as defined under the Health Insurance Portability and Accountability Act and attendant federal regulations. The parties and their attorneys shall not use or disclose the protected health information for any purpose other than the litigation in this case. Upon the termination of this litigation, the parties and their attorneys shall either return said protected health information to the covered entity or destroy the protected health information.**

Entered this _____ Day of November, 2006.

                        **s\Harold A. Baker**

                        HAROLD A. BAKER
                      UNITED STATES DISTRICT JUDGE