# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Carl E. Williams**

    vs.                                                            Case Number:   **06-1205**

**Ravanim, et al.**

### ORDER

      Pursuant to the **9/29/09** mandate, in appellate case number **09-2018**, from the United States Court of Appeals, Seventh Circuit **[131]**, the agency having custody of the plaintiff, **Carl E. Williams,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 29th day of September, 2009

                                            _____s/Harold A. Baker_____
                                               HAROLD A. BAKER
                                               U.S. District Judge